IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT GATES;<br>ROBERT GATES, as Personal Representative of the Estate of RITA GATES, deceased; and<br>JULIO MELENDEZ,<br><br>      **Plaintiffs,**<br><br>v.<br><br>CITY OF TULSA, OKLAHOMA;<br>SAMANTHA RAMSEY;<br>DON HOLLOWAY;<br>M. SWEGER;<br>THOMAS SHOCKLEY; and<br>K. SIRES,<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 25-cv-00640-JFJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court finds that submission of a partial joint status report, in the form attached to this Order will serve the just, speedy, and inexpensive determination of this action.

IT IS THEREFORE ORDERED that, by **January 13, 2026**, the parties shall file a Partial Joint Status Report in the form attached to this Order.

ORDERED this 6th day of January, 2026.

_____
JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| ,            Plaintiff, <br> vs. <br><br> ,            Defendant. | Case No.: <br><br> **PARTIAL JOINT STATUS REPORT (FOR CASES WITH A PRESIDING MAGISTRATE JUDGE)** |

**VIII.**     **Do all parties consent to trial before the assigned magistrate judge?** __ Yes __ No

If you mark "yes", you will be deemed to have knowingly and voluntarily consented to the jurisdiction of the assigned United States Magistrate Judge without the necessity for the filing or submission of any other documentation. The United States Magistrate Judge will exercise complete jurisdiction over this case through and including trial and the entry of a final judgment in accordance with 28 U.S.C. §636(c)(1) and Fed. R. Civ. P. 73(a).

If you mark "no" the case will immediately be reassigned to a United States District Judge.

**IX.**     **Is there any matter that should be referred to the assigned magistrate judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73.1?** __ Yes __ No

If yes, please email a completed, proposed Consent to Magistrate Disposition Motion (AO 085A) to the Clerk via the designated mailbox at CM-ECFIntake_OKND@oknd.uscourts.gov. Please do not file proposed documents as an attachment to a document. (Refer to Section XIV of the CM/ECF Administrative Guide of Policies and Procedures for further instruction regarding proposed documents.)

Attorney for Plaintiff (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):

Attorney for Defendant (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):