IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT GATES, *et al.*, | ) |
| | ) Case No.: 25-cv-640-JFJ |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF TULSA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS'** ***UNOPPOSED*** **MOTION TO EXTEND
THE DEADLINE TO FILE RESPONSE IN OPPOSITION TO
DEFENDANT CITY OF TULSA'S PARTIAL MOTION TO DISMISS**

Plaintiffs Robert Gates, Robert Gates, as Personal Representative of the Estate of Rita Gates, deceased, and Julio Melendez respectfully request that the Court enter an Order extending the deadline to file their Response in Opposition to Defendant City of Tulsa's Partial Motion to Dismiss (Dkt. #14) by fourteen (14) days, or until January 26, 2026. In support, Plaintiffs show the Court as follows:

1. On December 22, 2025, Defendant City of Tulsa filed its Partial Motion to Dismiss ("Defendant's MTD") in this matter. *See* Dkt. #14.

2. The deadline for Plaintiffs to file their Response in Opposition to Defendant's MTD is January 12, 2026. *See* LCvR 7.1(d).

3. Plaintiffs' counsel has been diligently working on the Response to Defendant's MTD, but due to competing deadlines, scheduling conflicts, and the recent holidays, more time – an additional fourteen (14) days – is needed to complete the Response.

4. For example, on January 9, 2026, Plaintiff's counsel filed a response to an opening appellate brief in *Rucker v. Snyder, et al.,* Case No. 25-5153 (10th Cir. 2025). This appellate brief took significant time to prepare.

5. Additionally, Plaintiffs' counsel has a deadline of January 20, 2026 to file responses to five (5) motions for summary judgment and four sets of motions *in limine* in another civil rights case, *Jolliff, et al., v. City of Catoosa, et al.,* Case No. 24-CV-83-JCG-SH (N.D. Okla.).

6. Plaintiffs' counsel also currently has a deadline of January 12, 2026 to file responses to two motions to dismiss in another civil rights case, *Moralez v. Turn Key Health Clinics, LLC, et al.,* Case No. 25-CV-1389-R (W.D. Okla.).

7. Further, Plaintiffs' counsel's office was closed between December 22, 2025 and January 4, 2026 for the recent holidays.

8. Accordingly, Plaintiffs respectfully request a fourteen (14) day extension of the deadline to file their Response in Opposition to Defendant's MTD.

9. There have been no previous requests to extend this deadline.

10. As no Scheduling Order has been entered in this case yet, the requested extension will not impact any other deadlines.

11. Plaintiffs are authorized to report that counsel for Defendant *does not oppose* this Motion or the relief sought herein.

12. A court's schedule may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). District Courts are the masters of their own calendars, and thus enjoy "broad discretion" in reviewing motions for continuance and determining deadlines for pretrial and trial activities. *Morris v. Slappy,* 461 U.S. 1, 11 (1983); *Phillips v. Ferguson,* 182 F.3d 769, 775 (10th Cir. 1999).

13. Under the circumstances, as set forth, *supra,* Plaintiffs believe, and urge the Court to find, that there is "good cause" to extend the deadline for Plaintiffs to file their Response

in Opposition to Defendant City's Motion to Dismiss (Dkt. #14) by fourteen (14) days.

Should the Court grant this Motion, the new deadline would be as follows:

| **DEADLINE** | **EXTENDED FROM:** | **EXTENDED TO:** |
|---|---|---|
| Plaintiffs' Response in Opposition to Defendant City of Tulsa's Motion to Dismiss (Dkt. #14) | 1/12/26 | 1/26/26 |

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court enter an Order extending the deadline for Plaintiffs to file their Response in Opposition to Defendant City of Tulsa's Motion to Dismiss (Dkt. #14) by fourteen (14) days, or until January 26, 2026.

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

***Attorneys for Plaintiffs***

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of January 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

              */s/Robert M. Blakemore*