# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT GATES; | ) | |
| ROBERT GATES, as Personal | ) | |
| Representative of the Estate of RITA | ) | |
| GATES, deceased; and | ) | |
| JULIO MELENDEZ, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-00640-JFJ |
| | ) | |
| CITY OF TULSA, OKLAHOMA; | ) | **PARTIAL JOINT STATUS REPORT** |
| SAMANTHA RAMSEY; | ) | **(FOR CASES WITH A PRESIDING** |
| DON HOLLOWAY; | ) | **MAGISTRATE JUDGE)** |
| M. SWEGER; | ) | |
| THOMAS SHOCKLEY; and | ) | |
| K. SIRES, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PARTIAL JOINT STATUS REPORT

Pursuant to the Court's Order of January 6, 2026 (Doc. # 16), the parties submit the following

Partial Joint Status Report.

**VIII.    Do all parties consent to trial before the assigned magistrate judge?** _____ Yes  _X_  No

    If you mark "yes", you will be deemed to have knowingly and voluntarily consented to the jurisdiction of the assigned United States Magistrate Judge without the necessity for the filing or submission of any other documentation. The United States Magistrate Judge will exercise complete jurisdiction over this case through and including trial and the entry of a final judgment in accordance with 28 U.S.C. §636(c)(1) and Fed. R. Civ. P. 73(a).

    If you mark "no" the case will immediately be reassigned to a United States District Judge.

**IX.     Is there any matter that should be referred to the assigned magistrate judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73.1?** __ Yes _X_ No

    If yes, please email a completed, proposed Consent to Magistrate Disposition Motion (AO 085A) to the Clerk via the designated mailbox at CM-ECFIntake_OKND@oknd.uscourts.gov. Please do not file proposed documents as an attachment to a document. (Refer to Section XIV of the CM/ECF Administrative Guide of Policies and Procedures for further instruction regarding proposed documents.)

Respectfully submitted,

/s/ Nicholas C. Williams
Nicholas C. Williams, OBA #33787
Assistant City Attorney
R. Lawson Vaughn, OBA #21557
Senior Assistant City Attorney
175 E. Second Street, Suite 685
Tulsa, Oklahoma 74103
Telephone (918) 596-7717
Facsimile (918) 596-9700
nicholaswilliams@cityoftulsa.org
lvaughn@cityoftulsa.org

***Attorneys for Defendants***

/s/ Daniel E. Smolen (*signed with permission*)
Daniel E. Smolen, OBA #19943
Smolen & Roytman
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
918-585-2667
918-585-2669 (Fax)
danielsmolen@ssrok.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Smolen & Roytman
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
danielsmolen@ssrok.com

***Attorneys for Plaintiff***

/s/Nicholas C. Williams
Nicholas C. Williams