**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

*Status Conference*

| | | | | | |
|---|---|---|---|---|---|
| *CV No:* | *25-640 MLG-JFJ* | *Date:* | *May 20, 2026* | | |
| *Caption:* | *Gates, et al v. City of Tulsa, Oklahoma, et al* | | | | |
| *Clerk:* | *E. Romero* | *Court Recording:* | *Liberty* | *Courtroom:* | *Cimarron* |
| *Time In:* | *10:34* | *Time Out:* | *10:52* | *Total Time:* | 18 minutes |
| *Court's Ruling/Disposition:* | *Court will enter an amended scheduling order* | | | | |

| *Attorney(s) Present for Plaintiff(s):* | *Attorney(s) Present for Defendant(s):* |
|---|---|
| *Daniel Smolen and Robert Blakemore* | *Nicholas Williams* |

**PROCEEDINGS**

10:33 Court in session; Parties state appearances. Parties appearing via Zoom.

Court addresses parties, outlines reason for hearing and discusses current scheduling order in place.

Mr. Smolen responds and requests a 60- or 90-day extension.

Mr. Williams concurs.

Court will move deadlines forward 60 days.

Court addresses parties re: May 2027 trial date.

Parties respond.

Court suggests trial in July or August 2027.

Parties concur and suggest trial will last 5-7 days.

Court will select a trial week accordingly.

Court addresses parties re: Motion to Dismiss. Court will rule on briefing.

Parties answer Court's questions.

Court addresses parties re: Settlement Conference date.

Parties answer Court's question and requests extension closer to discovery cut-off.

Court is going to set discovery deadline prior to dispositive motion deadline and move settlement conference deadline.

Court will issue new Scheduling Order consistent with deadlines outlined.

Court outlines jury selection process.

10:52 Court is adjourned.