**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) ROBERT GATES,<br>(2) ROBERT GATES, as Personal Representative of the Estate of RITA GATES, deceased, and<br>(3) JULIO MELENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>(1) CITY OF TULSA, OKLAHOMA<br>(2) SAMANTHA RAMSEY,<br>(3) DON HOLLOWAY,<br>(4) M. SWEGER,<br>(5) THOMAS SHOCKLEY,<br>(6) K. SIRES,<br><br>Defendants. | ) | Case No. 25-cv-00640-MLG-JFJ |

**AGREED MOTION TO RESET SETTLEMENT CONFERENCE**

Defendant City of Tulsa ("City"), with the agreement of Plaintiffs, respectfully moves the Court to reset the settlement conference currently scheduled for September 17, 2026, until after the close of discovery. In support, the City states as follows:

1. The settlement conference in this matter is presently scheduled for September 17, 2026. *See* Doc. No. 32.

2. The City has a pending motion to dismiss that may resolve or narrow the claims against it. That motion remains pending before the Court.

3. Discovery has also only recently commenced, and the current Scheduling Order provides a discovery cutoff of January 22, 2027.

4. Under these circumstances, the parties believe they will be in a better position to meaningfully evaluate the claims, defenses, and potential resolution of this matter after the Court

has ruled on the City's pending motion to dismiss and the parties have had an opportunity to further develop the factual record through discovery.

5. Resetting the settlement conference until after the close of discovery would therefore promote an efficient and productive use of the parties' and the Court's resources.

6. Undersigned counsel conferred with counsel for Plaintiff(s) regarding the requested relief, and Plaintiffs agree to the requested reset.

7. A proposed order will be submitted along with this motion.

WHEREFORE, Defendant City of Tulsa respectfully requests that the Court reset the September 17, 2026 settlement conference to a date following the January 22, 2027 discovery cutoff, at a date and time convenient to the Court.

Respectfully submitted,

CITY OF TULSA, OKLAHOMA
a municipal corporation

JACK C. BLAIR
City Attorney

By: /s/ Nicholas C. Williams__________
Nicholas C. Williams, OBA #33787
Assistant City Attorney
R. Lawson Vaughn, OBA #21557
Senior Assistant City Attorney
175 E. Second Street, Suite 685
Tulsa, Oklahoma 74103
Telephone (918) 596-7717
Facsimile (918) 596-9700
nicholaswilliams@cityoftulsa.org
lvaughn@cityoftulsa.org

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Robert M. Blakemore
Smolen & Roytman
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
danielsmolen@ssrok.com

***Attorneys for Plaintiffs***

/s/Nicholas C. Williams
Nicholas C. Williams