**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **Robert Gates et al ,**<br><br>**Plaintiff(s),**<br>**vs.**<br><br>**City of Tulsa, Oklahoma et al ,**<br><br>**Defendant(s).** | **Case No.: 25-cv-640-MLG-JFJ** |

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is the Agreed Motion to Reschedule Settlement Conference (Dkt. # 35) in which the Parties seek a continuance of the Settlement Conference presently set on September 17, 2026, before Magistrate Judge Little. For good cause shown, the Court finds that the Motion should be and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiff's Settlement Conference Statement due by January 27, 2027;

Defendant's Settlement Conference Statement due by February 3, 2027;

Settlement Conference Rescheduled for **February 10, 2027 at 9:30 a.m.**

**IT IS FURTHER ORDERED THAT** all mandatory guidelines set forth in the Court's original Settlement Conference Order shall remain in effect.

**ORDERED** this 14th day of September, 2026.

Christine D. Little

Christine D. Little, U.S. Magistrate Judge